No. 98–8872. Dowtin-El v. Kapture, Warden. C. A. 6th Cir. Certiorari denied.

No. 98–8873. Holt v. LeMaster, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 98–8874. Duckworth v. Moore, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 98–8875. D'Alessandro v. Morton, Administrator, New Jersey State Prison, et al. C. A. 4th Cir. Certiorari denied.

No. 98–8878. Pack v. Union Station Terminal. C. A. D. C. Cir. Certiorari denied.

No. 98–8881. Charping v. South Carolina. Sup. Ct. S. C. Certiorari denied.

No. 98–8882. Fields v. Dalkon Shield Claimants Trust. C. A. 4th Cir. Certiorari denied.

No. 98–8883. Krehnbrink v. Maryland State Department of Education et al. C. A. 4th Cir. Certiorari denied.

No. 98–8884. Novel v. Salzberg. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 98–8886. Lewis v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 98–8890. Loveday v. Michigan. Cir. Ct. Oakland County, Mich. Certiorari denied.

No. 98–8893. Couch v. Georgia. C. A. 11th Cir. Certiorari denied.

No. 98–8899. Johnson v. Smith, Warden. C. A. 6th Cir. Certiorari denied.

No. 98–8903. Budd v. Quick et al. Ct. App. D. C. Certiorari denied.